UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:
    Dion X Bazemore                              Chapter 13
                                               Case No. 18-21442-RAG

    Debtor
_____

## OBJECTION TO CONFIRMATION

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. by its undersigned attorneys, Orlans PC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor Dion X Bazemore ("Debtor"), and as grounds therefore states as follows:

1. On or about March 4, 2005, Dion X Bazemore and Patricia L. Bazemore (collectively the "Obligors") executed and delivered to Flagstar Bank, FSB a promissory note (the "Note") in the amount of TWO HUNDRED FORTY-EIGHT THOUSAND DOLLARS AND NO CENTS ($248,000.00), plus interest at the fixed rate of 5.625% per annum, to be paid over twenty-five (25) years.

2. Dion X Bazemore and Patricia L. Bazemore executed a mortgage to Flagstar Bank, FSB dated March 4, 2005. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 1624 Hopewell Avenue, Essex, MD 21221.

3. The Mortgage is materially in default.

4. The Debtor's Chapter 13 Plan proposes to pay post-petition monthly mortgage payments directly to Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. and a pre-petition arrearage of $37,494.61.

5. The Debtor's Chapter 13 Plan understates the pre-petition arrearage and fails to propose a

reasonable length of time to cure the pre-petition arrearage.

6. The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

7. A Proof of Claim was filed on September 27, 2018 with a pre-petition arrearage as approximately $41,289.20

8. That Debtor's Chapter 13 Plan appears under-funded to cure the pre-petition arrearage within a reasonable length of time.

9. Depending upon any additional facts learned before the hearing on confirmation, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. reserves the right to assert that the Plan was not proposed in good faith pursuant to 11 U.S.C. § 1325(a)(3).

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through its attorneys prays that Confirmation be denied, and the case be dismissed, or in the alternative, Creditor prays that this Chapter 13 be converted to a Chapter 7 pursuant to 11 U.S.C. §1307(c).

Date:   September 28, 2018

Respectfully submitted,

   /s/ Namrata Loomba
Kathryn Smits, Bar #13912
Namrata Loomba, Bar #20053
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
ksmits@orlans.com
nloomba@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on September 28, 2018, copies of the foregoing Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Robert S. Thomas II
300 E Joppa Road, Suite 409
Towson, MD 21286
ECF@ch13balt.com
*Bankruptcy Trustee*

Brian A. Cavanaugh
Law Office Of Brian A. Cavanaugh
25 Shipping Place
Baltimore, MD 21222
brian.cavanaughlaw@gmail.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Objection to Confirmation to the following non-ECF participants:

Dion X Bazemore
1624 Hopewell Avenue
Essex, MD 21221
*Debtor*

                                                /s/ Namrata Loomba
                                                Kathryn Smits, Esquire
                                                Namrata Loomba, Esquire