# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** DION X BAZEMORE
1624 HOPEWELL AVENUE
ESSEX, MD 21221

Case No: 18-21442-RAG
Judge: Robert A. Gordon
Date: 4/30/2019

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | ALLY FINANCIAL / P O BOX 130424<br>ROSEVILLE, MN 55113-0004<br>Acct: 7962<br>Comment: | 419.83 | Secured |
| 002 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>P O BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct: 9983<br>Comment: | 7,190.20<br>5.0000% From 08/28/2018 | Secured |
| 002 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>P O BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct: 9983<br>Comment: | 43,809.34 | Unsecured |
| 003 | NAVIENT SOLUTIONS INC on behalf of / EDUCATIONAL CREDIT MA<br>PO BOX 16408 / SAINT PAUL, MN 55116-0408<br>Acct: 9983<br>Comment: | 12,809.71 | Unsecured |
| 004 | US BANK NATIONAL ASSOCIATION / SN SERVICING CORPORATIO<br>323 FIFTH STREET / EUREKA, CA 95501<br>Acct: 9459<br>Comment: TSF 2/18/19 | 41,289.20 | Secured |
| 005 | NASA FEDERAL CREDIT UNION / P O BOX 1588<br>BOWIE, MD 20717<br>Acct: 9502<br>Comment: | 712.94 | Secured |
| 006 | MERRICK BANK / RESURGENT CAPITAL SERVICES<br>PO BOX 10368 / GREENVILLE, SC 29603-0368<br>Acct: 6067<br>Comment: | 1,943.11 | Unsecured |
| 007 | PREMIER BANKCARD LLC / C/O JEFFERSON CAPITAL SYSTEM LL<br>PO BOX 7999 / ST CLOUD, MN 56302-9617<br>Acct: 4191<br>Comment: | 819.90 | Unsecured |
| 008 | PREMIER BANKCARD LLC / C/O JEFFERSON CAPITAL SYSTEM LL<br>PO BOX 7999 / ST CLOUD, MN 56302-9617<br>Acct: 9556<br>Comment: | 708.24 | Unsecured |
| 009 | MAYOR & CITY COUNCIL OF BALTIMORE / 200 HOLLIDAY ST - RM<br>BALTIMORE, MD 21202<br>Acct:<br>Comment: | 142.65 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 18-21442-RAG
Judge: Robert A. Gordon
Date: 4/30/2019

**IN RE:** DION X BAZEMORE
1624 HOPEWELL AVENUE
ESSEX, MD 21221

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | CAPITAL ONE / AMERICAN INFOSOURCE LP<br>P O BOX 71083 / CHARLOTTE, NC 28272-1083<br>Acct: 3296<br>Comment: | 818.70 | Unsecured |
| 011 | PORTFOLIO RECOVERY ASSOCIATES LLC / BARCLAYS BANK<br>PO. BOX 41067 / NORFOLK, VA 23541<br>Acct: 9708<br>Comment: | 1,206.45 | Unsecured |
| 012 | TD BANK USA N A / C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400 / SEATTLE, WA 98121<br>Acct: 8570<br>Comment: | 129.02 | Unsecured |
| 013 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383<br>Acct: 9983<br>Comment: | 2,913.00 | Unsecured |
| 014 | ACCEPTANCE NOW / 5501 HEADQUARTERS<br>PLANO, TX 75024<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 015 | CCS / 500 E 60th STREET N<br>SIOUX FALLS, SD 57104<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 016 | CREDIT ONE BANK / P O BOX 98873<br>LAS VEGAS, NV 89193<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 017 | BLAZE / 5501 S BROADBAND LANE<br>SIOUX FALLS, SD 57108<br>Acct:<br>Comment: | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

|  |  |
|---|---|
| **IN RE:** DION X BAZEMORE<br>1624 HOPEWELL AVENUE<br>ESSEX, MD 21221 | Case No: 18-21442-RAG<br>Judge: Robert A. Gordon<br>Date: 4/30/2019 |

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 018 | VAN RU CREDIT CORPORATION / 4839 N ELSTON AVENUE CHICAGO, IL 60630 | None | Not Filed .00 |
|  | Acct: |  |  |
|  | Comment: |  |  |
|  | Total | 114,912.29 |  |
| | BRIAN A CAVANAUGH ESQ<br>25 SHIPPING PLACE<br>BALTIMORE, MD 21222-0000 | 1,310.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 04/30/2019 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee